IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COLIN KRAMER,<br><br>    Defendant. | No. CR 13-710 CRB<br><br>**ORDER TO SHOW CAUSE RE: JOHNSON CLAIM RAISED IN SECTION 2255 MOTION** |

Colin Kramer moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, arguing that it has been rendered invalid by <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015). The government is hereby ORDERED to show cause why Kramer's § 2255 motion should not be granted. The government is ORDERED to respond within 60 days from the entry of this Order. Kramer shall file a reply brief not later than 30 days after the government's response.

**IT IS SO ORDERED.**

Dated: June 6, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE