IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C13-710 CRB |
| Plaintiff, | **ORDER DENYING MOTION TO STAY AND ORDER TO SHOW CAUSE** |
| v. | |
| COLIN PETER KRAMER, | |
| Defendant. | |

The government has moved to stay this proceeding. See Motion (dkt. 36). After consideration of the parties' submissions and the relevant authorities, and in light of the Ninth Circuit's actions in Jacob and Gardner, the Court DENIES the motion. See Jacob v. United States, No. 15-73302, Dkt. 36 (9th Cir. June 27, 2016); Gardner v. United States, No. 15-72559, Dkt. 39 (9th Cir. June 27, 2016).

The government is ORDERED to show cause why Kramer's § 2255 petition should not be granted. The government is ORDERED to respond within 60 days after entry of this Order. Kramer shall file a reply brief not later than 30 days after the government's response.

**IT IS SO ORDERED.**

Dated: August 31, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE